# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, et al., <br><br>  Defendants. | Case No. 1:13-cv-01483-AWI-SAB <br><br> ORDER RE JOINT SCHEDULING REPORT |

On December 16, 2013, the Court continued the scheduling conference in this matter from December 17, 2013 to January 14, 2014. The Joint Scheduling Report was filed by the parties on December 10, 2013.

To the extent that the content of the Joint Scheduling Report needs to be updated in light of the continued scheduling conference, the parties shall file an Amended Joint Scheduling Report at least seven (7) calendar days prior to the continued scheduling conference date. If the content of the Joint Scheduling Report (including the proposed deadlines) does not need to be updated, the parties need not file an Amended Joint Scheduling Report.

/ / /

/ / /

/ / /

1

In accordance with the above, it is HEREBY ORDERED that the parties shall, if necessary, file an Amended Joint Scheduling Report at least seven (7) calendar days prior to the continued scheduling conference.

IT IS SO ORDERED.

Dated:   **December 17, 2013**

UNITED STATES MAGISTRATE JUDGE