# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, et al., <br><br> Defendants. | Case No. 1:13-cv-01483-AWI-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> ECF NO. 20 |

On October 7, 2013, Defendant California Highway Patrol ("CHP") filed a motion to dismiss. (ECF No. 10.) On November 18, 2013, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that the motion to dismiss be granted. (ECF No. 20.) The Findings and Recommendations contained notice that any objections were to be filed within fourteen (14) days. On December 2, 2013, Plaintiffs filed objections to the Findings and Recommendations. (ECF No. 21.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Plaintiffs filed objections under the incorrect impression that the Findings and Recommendations recommended that Plaintiffs' claims against Doe defendants be dismissed.

1

However, the Findings and Recommendations did not make any findings or any recommendations with respect to Plaintiffs' claims against the Doe defendants.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations dated November 18, 2013 are ADOPTED IN FULL;

2. Defendant California Highway Patrol's motion to dismiss is GRANTED and Defendant California Highway Patrol is DISMISSED from this action.

IT IS SO ORDERED.

Dated: December 17, 2013

SENIOR DISTRICT JUDGE

2