MICHAEL J. CURLS, #159651
NICHELLE D. JONES, #186308
LAW OFFICE OF MICHAEL J. CURLS
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone:  (323) 293-2314
Facsimile  : (323) 293-2350
E-mail:  nichelle@mjclawoffice.com

Attorneys for Plaintiffs

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Judith D. Chapman, #169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Telephone: (559) 733-6263
Facsimile: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for Defendants County of Tulare and Tulare County Sheriff's Department

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, et al.<br>Defendants. | **Case Number: 1:13-cv-01483-AWI-SAB**<br><br>**ORDER ON STIPULATION TO SHORTEN TIME TO NOTICE MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND MOTION TO AMEND** |

1

1  The Court has reviewed the stipulation between Plaintiffs and Defendants for
2  leave to amend the Scheduling Order and to Shorten Time to Notice Plaintiffs'
3  Motion for Leave to File First Amended Complaint.
4  Based on the stipulation of the parties, IT IS HEREBY ORDERED that:
5  1. The motion to shorten time to consider the motion to amend is
6  GRANTED;
7  2. Plaintiffs' motion to amend is granted; and
8  3. Plaintiffs shall file the first amended complaint within seven (7) days.

IT IS SO ORDERED.

Dated: **May 5, 2014**

UNITED STATES MAGISTRATE JUDGE