MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
LAW OFFICE OF MICHAEL J. CURLS
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone:  (323) 293-2314
Facsimile:   (323) 293-2350
E-mail: nichelle@mjclawoffice.com

Attorneys for Plaintiffs

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Judith D. Chapman, #169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Telephone: (559) 733-6263
Facsimile: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for Defendants County of Tulare and Tulare County Sheriff's Department

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO

| THE ESTATE OF CECIL ELKINS, JR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, et al.<br><br>Defendants. | Case Number: 1:13-CV-01483-AWI-SAB<br><br>**ORDER ON<br>STIPULATION OF DISMISSAL OF DEFENDANTS COUNTY OF TULARE AND TULARE COUNTY SHERIFF'S DEPARTMENT** |
|---|---|

///

///

///

1

STIPULATION OF DISMISSAL OF COUNTY OF TULARE AND TULARE COUNTY SHERIFF'S DEPARTMENT
USDC Case No. 1:13-CV-01483-AWI-SAB

Whereas the parties jointly submitted a Stipulation of Dismissal to the Court:

IT IS HEREBY ORDERED that Defendants COUNTY OF TULARE and TULARE COUNTY SHERIFF'S DEPARTMENT be dismissed without prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

IT IS SO ORDERED.

Dated:  May 21, 2014                    _____
                                                   SENIOR  DISTRICT  JUDGE