# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF CECIL ELKINS, JR., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL, et al., et al.,**<br><br>Defendants. | **CASE NO. 1:13-CV-1483 AWI SAB**<br><br>**ORDER REFERRING PENDING MOTION TO DISMISS TO MAGISTRATE JUDGE STANLEY A. BOONE**<br><br>**ORDER VACATING SEPTEMBER 29, 2014 HEARING** |

 Plaintiff has filed a complaint alleging civil rights violations, along with state law causes of action, arising out of Cedil Elkins Jr.'s death.  Defendants have filed a motion to dismiss.

 The Court finds that the pending motion should be referred to Magistrate Judge Stanley A. Boone for entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.

 Accordingly, it is HEREBY ORDERED that:

1. The pending motion to dismiss is REFERRED to Magistrate Judge Stanley A. Boone;

2. The hearing set for September 29, 2014 in Courtroom 2 before the undersigned is VACATED; and

3. The parties are hereby informed that if Magistrate Judge Boone desires oral argument on this motion, Magistrate Judge Boone's staff will set a new hearing date at his discretion.

IT IS SO ORDERED.

Dated:   July 7, 2014

SENIOR DISTRICT JUDGE