IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al.,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>　　　　　　　　　　　　　　Defendants. | 1:13-CV-01483-AWI-SAB<br><br>ORDER RE STIPULATION FOR SUBPOENA FOR RECORDS TO TULARE COUNTY HEALTH AND HUMAN SERVICES AGENCY |

Pursuant to the stipulation filed December 29, 2015, IT IS HEREBY ORDERED that:

1. Within fifteen days from the date of this order, the Tulare County Health and Human Services Agency shall produce documents responsive to the subpoena dated December 10, 2015;

2. All documents produced in response to the subpoenas duces tecum shall be subject to the October 29, 2015 protective order entered in this action; and

3. Failure to comply with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:　**December 29, 2015**　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1