UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al.,<br><br>                  **Plaintiffs**<br><br>            v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>                  **Defendants** | CASE NO. 1:13-CV-1483 AWI SAB<br><br>**ORDER CLARIFYING DOCKET AND DISMISSING PARTIES** |

In the parties' joint scheduling report, the parties represented that "All Defendants have been dismissed with the exception of Hipolito Pelayo, an officer with [CHP] and Doe Defendants 2-25, inclusive." Doc. 74 at2:3-5. However, the docket still reflects that the City of Pixley, the Tulare County Regional Gang Enforcement Team, and the "State of California County of Tulare" are unserved defendants in this matter. In light the representation in the joint scheduling report, the Court will formally dismiss these Defendants so that the docket accurately reflects the true state of the case – the only claims remaining in this case are against Pelayo, and only Pelayo.

Accordingly, IT IS HEREBY ORDERED that the "State of California County of Tulare," the City of Pixley, and the Tulare County Regional Gang Enforcement Team are DISMISSED from this case.

IT IS SO ORDERED.

Dated:   March 24, 2016                              _____

                                                            SENIOR  DISTRICT  JUDGE