IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, et al., <br><br> Defendants. | Case No. 1:13-CV-1483-AWI-SAB <br><br> **ORDER STAYING AND MODIFYING SCHEDULING ORDER AND VACATING PRE-TRIAL AND TRIAL DATES** <br><br> (Doc. No.76) |

Defendant Hipolito Pelayo moved this Court for an order staying and modifying the Court's Scheduling Order of June 17, 2015 (Doc. No. 76), including the dates/deadlines for filing of pretrial statements, pretrial conference, settlement conference, and trial to allow for the appointment of a suitable Guardian Ad Litem for the minor Plaintiffs in this action.  Plaintiffs' counsel has stipulated to the stay. See Doc. No. 77. In light of the parties' stipulation, the Court will grant the motion to stay.

Accordingly, IT IS HEREBY ORDERED that:

1.  The motion to stay is GRANTED;

2.  The present dates set forth in the Scheduling Order and March 28, 2016 Order re Settlement Conference (ECF No. 108), including the following dates are vacated:

1

- Joint Pretrial Conference Statement currently due April 20, 2016;
- Plaintiffs' Settlement Demand currently due April 20, 2016;
- Defendant's Settlement Offer currently due April 25, 2016;
- Pretrial Conference currently set for April 27, 2016 at 8:30 a.m. in Courtroom 2;
- Settlement Conference Statements currently due April 28, 2016;
- Settlement Conference currently set for May 5, 2016 at 10:00 a.m. in Courtroom 7;
- Trial currently set for June 7, 2016 at 8:30 a.m. in Courtroom 2;

3. The parties shall use best efforts to expeditiously file a motion for the appointment of a Guardian Ad Litem or Next Friend under Federal Rule of Civil Procedure 17(c)(2);

4. Upon appointment of a Guardian Ad Litem or Next Friend, the parties will contact the Court to set a Scheduling Conference in Courtroom 9 before United States Magistrate Judge Stanley A. Boone;

5. The parties will use best efforts to have the conference set within 45 days of the appointment of a Guardian Ad Litem or Next Friend; and

6. The parties shall file a Joint Scheduling Report at least one week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   April 12, 2016

_____
SENIOR DISTRICT JUDGE