UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al., <br><br> Plaintiffs <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, et al., <br><br> Defendants | CASE NO. 1:13-CV-1483 AWI SAB <br><br> ORDER FOR STATUS REPORT |

On April 12, 2016, the Court stayed this matter so that a guardian ad litem or a next friend could be appointed for the minor plaintiffs under Rule 17. <u>See</u> Doc. No. 111. To date, there have been no further filings in this case. It has now been 5 weeks since this case was stayed. Given the passage of time, the Court finds that it is appropriate for Plaintiffs' counsel to submit a status report. The status report should explain the efforts to find a guardian ad litem or a next friend for the minor plaintiffs, counsel's best estimate for when a guardian ad litem or next friend can be in place, and any other information that counsel feels is pertinent.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' counsel shall submit a status report (as described above) no later than seven (7) days from service of this order.[1]

IT IS SO ORDERED.

Dated:  May 18, 2016                                  _____
                                                      SENIOR DISTRICT JUDGE

---

[1] The report may be, but is not required to be, a joint report joined by Defendant.