# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CECIL ELKINS, JR., et al.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL, et.al.,<br><br>　　　　　　　Defendants. | Case No. 1:13-cv-01483-AWI-SAB<br><br>ORDER GRANTING CECIL ELKINS' PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM FOR DEVIN ELKINS AND DYLAN ELKINS<br><br>(ECF No. 118, 119) |

The Court has considered the petition of Cecil Elkins for appointment as Guardian Ad Litem for his grandchildren Devin Elkins and Dylan Elkins, who are minor Plaintiffs in this action. Good cause appearing,

IT IS SO ORDERED, that Cecil Elkins is appointed as Guardian Ad Litem for Devin Elkins and Dylan Elkins his minor grandchildren.

IT IS SO ORDERED.

Dated: **June 28, 2016**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1