# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CECIL ELKINS, JR., et al., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, et.al., <br><br> Defendants. | Case No. 1:13-cv-01483-AWI-SAB <br><br> ORDER GRANTING TINA TERREL'S PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM FOR VALIECIA PEREZ' <br><br> (ECF No. 120) |

The Court has considered the petition of Tina Terrel for appointment as Guardian Ad Litem for her granddaughter Valiecia Perez, who is a minor Plaintiff in this action. Good cause appearing,

IT IS SO ORDERED, that Tina Terrel is appointed as Guardian Ad Litem for Valiecia Perez her minor granddaughter.

IT IS SO ORDERED.

Dated: **June 28, 2016**

UNITED STATES MAGISTRATE JUDGE

1