UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al.,<br><br>  Plaintiffs<br><br>  v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>  Defendants | CASE NO. 1:13-CV-1483 AWI SAB<br><br>ORDER LIFTING STAY |

On April 12, 2016, the Court stayed this matter so that a guardian ad litem or a next friend could be appointed for the minor plaintiffs under Rule 17. See Doc. No. 111. On June 28, 2016, the Magistrate Judge appointed guardians ad litem for the minor plaintiffs. Because guardians ad litem have now been appointed, there is no reason for this case to remain stayed.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this matter is LIFTED;
2. As described in the Court's April 12, 2016 order, the parties are to contact the Magistrate Judge for the purpose of having a new scheduling conference and entering a new scheduling order; and
3. Defendant's motion for summary judgment remains pending.

IT IS SO ORDERED.

Dated:  June 29, 2016

SENIOR DISTRICT JUDGE