# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HIPOLITO PELAYO,<br><br>Defendant. | Case No. 1:13-cv-01483-AWI-SAB<br><br>ORDER GRANTING PETITION FOR APPOINTMENT OF DENNIS ELKINS AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF DEVIN ELKINS<br><br>(ECF No. 170) |

On March 12, 2019, Plaintiff Devin Elkins, a minor, filed a petition to appoint Dennis Elkins as Devin Elkins' guardian ad litem. (ECF No. 170.)

Pursuant to Rule 17 of the Federal Rules of Civil Procedure, a representative of a minor may sue or defend on the minor's behalf. Fed. R. Civ. P. 17(c). This requires the Court to take whatever measures it deems appropriate to protect the interests of the individual during the litigation. United States v. 30.64 Acres of Land, More or Less, Situated in Klickitat Cty., State of Wash., 795 F.2d 796, 805 (9th Cir. 1986). The appointment of the guardian ad litem is more than a mere formality. Id. "A guardian ad litem is authorized to act on behalf of his ward and may make all appropriate decisions in the course of specific litigation." Id. A guardian ad litem need not possess any special qualifications, but she must "be truly dedicated to the best interests of the person on whose behalf he seeks to litigate." AT&T Mobility, LLC v. Yeager, 143

F.Supp.3d 1042, 9 (E.D. Cal. 2015). This means that the guardian ad litem cannot face an impermissible conflict of interest with the ward and courts consider the candidate's "experience, objectivity, and expertise" or previous relationship with the ward. Id. (citations omitted).

The Court has considered the petition to appoint Dennis Elkins as guardian ad litem for Devin Elkins. Cecil Elkins, Sr., the former guardian ad litem for Devin Elkins, passed away on November 17, 2018. (ECF Nos. 121, 163, 170.) Dennis Elkins is the executor of the estate of Cecil Elkins, Sr., is the uncle of Devin Elkins, and declares that he has shared a close and loving relationship with Devin Elkins. (ECF No. 170.) Good cause appearing, IT IS HEREBY ORDERED, that Dennis Elkins is appointed as guardian ad litem for Devin Elkins.

IT IS SO ORDERED.

Dated: __**March 13, 2019**__

UNITED STATES MAGISTRATE JUDGE