1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JOHN P. DEVINE, State Bar No. 170773
   Supervising Deputy Attorney General
3  ROBERT S. J. ROGOYSKI, State Bar No. 302472
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 510-4400
    Fax: (415) 703-5480
6   E-mail: Robert.Rogoyski@doj.ca.gov
   *Attorneys for Defendant Officer Hipolito Pelayo*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THE ESTATE OF CECIL ELKINS JR. et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **OFF. H. PELAYO,** <br><br> Defendant. | 1:13-CV-01483-AWI-SAB <br><br> **REQUEST TO CONSOLIDATE HEARINGS ON NOTICED MOTIONS AND [**~~PROPOSED~~**] ORDER** <br><br> Judge:  The Honorable Anthony W. Ishii <br><br> Action Filed: September 12, 2013 |

**REQUEST TO CONSOLIDATE HEARINGS**

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE,** pursuant to Civil Local Rule 230(f), defendant Hippolito Pelayo hereby requests that the Court consolidate hearings noticed for April 8, 2019, and April 15, 2019, for the following reasons:

1. On March 11, 2019, plaintiffs filed motion to substitute Dennis Elkins as plaintiff for Cecil Elkins Sr. with a noticed hearing date of April 8 (ECF 167).  The Pacer Docket reflects a hearing date of April 8.  The Court's online calendar, however, reflects a hearing date of April 15.

2. On March 12, 2019, plaintiffs filed a motion to substitute plaintiff Valiecia Perez as real party in interest over her Guardian *ad litem*, Tina Terrel, with a noticed hearing date of April 15 (ECF 168).

3. Defendant intends to oppose one or both of the motions for substitution.

4. The pending motions present complicated issues of California State probate, wills, and trusts law, and have required defendant to undertake an investigation of the underlying facts.

5. Accordingly, defendant requests that the noticed hearing dates of April 8 and April 15 for the pending motions to substitute be consolidated to a single hearing on April 15, or such later date as selected by the Court.

6. Consolidating the hearing dates will provide additional time for defendant to complete the investigation of the underlying facts and to prepare a complete analysis of the issues presented by the pending motions. The Court's consideration of the pending motions will therefore benefit from consolidating the hearings.

7. Consolidating the hearings will also benefit the Court and all parties by streamlining the proceedings and allowing the parties and the Court to conserve resources because related issues of substitution will be addressed during a single hearing.

8. On March 15, 2019, defendant attempted to contact plaintiffs' counsel via email and phone regarding consolidating the hearings on the pending motions to substitute. Via email, plaintiffs' counsel confirmed that plaintiffs are "fine to move them both to the 15th."

Dated: March 15, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General


*/s/ Robert S.J. Rogoyski*
ROBERT S. J. ROGOYSKI
Deputy Attorney General
*Attorneys for Defendant*
*Hipolito Pelayo*

**[~~PROPOSED~~] ORDER**

Good cause appearing, defendant's request is GRANTED. The hearings on the pending motions to substitute (ECF 167, 168) will be consolidated to April 15, 2019, at 1:30 PM in Courtroom No. 2.

IT IS SO ORDERED.

Dated:  March 18, 2019                              _____
                                                    SENIOR DISTRICT JUDGE