# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HIPOLITO PELAYO., <br><br> Defendant. | Case No. 1:13-cv-01483-AWI-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO TERMINATE MICAH CHARLES OSGOOD AS COUNSEL FOR DEFENDANT PELAYO <br><br> (ECF No. 175) |

On March 21, 2019, Defendant Hipolito Pelayo filed a proposed substitution of attorney removing Micah C.E. Osgood as attorney of record. Defendant Pelayo remains represented by Robert S.J. Rogoyski. Accordingly, the Office of the Clerk is HEREBY DIRECTED to terminate Micah C.E. Osgood as attorney for Defendant Pelayo.

IT IS SO ORDERED.

Dated: __**March 22, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE

1