# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF CECIL ELKINS, JR., et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**HIPOLITO PELAYO,**<br><br>**Defendant** | **CASE NO. 1:13-CV-1483 AWI SAB**<br><br>**ORDER REGARDING MOTIONS AND APRIL HEARING DATES** |

There are three pending motions reflected on the Court's docket: a motion for judgment on the pleadings, a motion to substitute Dennis Elkins (as executor of the estate) for Cecil Elkins, Sr., and a motion for reconsideration of orders appointing Dennis Elkins as the guardian ad litem for minor-Plaintiffs Devin Elkins and Dylan Elkins. A telephonic status conference, which includes a status update on the motion for judgment on the pleadings, is set for April 8, 2019. Hearing on the motion to substitute, which has been opposed by Defendant, is set for April 15, 2019. Hearing on the motion for reconsideration is set for May 15, 2019 before the Magistrate Judge. The opposition to the motion to substitute and the motion for reconsideration raise substantially the same points – there appears to be a colorable argument that Dennis Elkins has engaged in conduct that would wrongfully and fraudulently divest minors Devin and Dylan of their share of Cecil Elkins, Sr.'s estate.

Because the substance of the reconsideration motion and the opposition to the substitution are the same, the Court will consider the motion to reconsider to be a motion to disqualify Dennis

Elkins as the guardian ad litem of Devin and Dylan Elkins and reassign the motion to the undersigned's calendar. Further, given the nature of the issues raised as part of all of these motions, the Court finds that it is appropriate to have a consolidated hearing.

Each of the pending motions raise matters that are critical to the ability of this case to proceed in an orderly and efficient fashion. In order to aid in the process of an efficient resolution of the motions, the parties will be required to meet and confer. If agreements can be reached regarding any of the motions or related issues, then the parties will be required to inform the Court once an agreement is made. If, despite good faith efforts, no agreements can be reached, then formal responses to the above motions shall be filed.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The April 8, 2019, status conference is VACATED;
2. The May 15, 2019 hearing on the motion for reconsideration is VACATED;
3. Defendant's motion for reconsideration shall be considered a motion to disqualify the guardian ad litem;
4. With respect to the motion for judgment on the pleadings:
    a. On or by April 15, 2019, Plaintiffs shall file either an opposition or notice of non-opposition;
    b. On or by April 26, 2019, Defendant shall file a reply to the Plaintiff's opposition;
5. With respect to the motion to disqualify the guardian ad litem:
    a. On or by April 22, 2019, Plaintiffs shall file an opposition or notice of non-opposition;
    b. On or by April May 2, 2019, Defendant shall file a reply to Plaintiffs' opposition;
6. On or by April 29, 2019, Plaintiff shall file a reply to Defendant's opposition to the motion to substitute;

2

7. Hearing on the motion to substitute, the motion to disqualify, and the motion for judgment on the pleadings will be on May 13, 2019, at 1:30 p.m. in Courtroom No. 2; and

8. The parties shall meet and confer regarding the issues raised in the above matters and shall inform the Court as soon as possible (but before May 13, 2019) if any agreements or stipulations have been made.

IT IS SO ORDERED.

Dated: April 2, 2019

_____
SENIOR DISTRICT JUDGE