# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF CECIL ELKINS, JR., et al.,**<br><br>Plaintiffs<br><br>v.<br><br>**HIPOLITO PELAYO,**<br><br>Defendant | CASE NO. 1:13-CV-1483 AWI SAB<br><br>ORDER REGARDING SUBSTITUTION OF VALIECIA PEREZ AS REAL PARTY IN INTEREST<br><br>(Doc. No. 168) |

On March 12, 2019, the Plaintiff filed a motion to substitute parties. See Doc. No. 168. Minor Valiecia Perez was represented by a guardian ad litem when this case was filed in 2013. However, Valiecia is now over 18 years old and no longer a minor. See id. Therefore, Plaintiffs request that the Court substitute Valiecia herself in place of Valiecia through her guardian ad litem. See id. On March 29, 2019, Defendant filed a notice of non-opposition to the substitution motion. See Doc. No. 179. Because Valiecia is no longer a minor, and because there is no opposition, the Court will grant Plaintiff's motion to substitute.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to substitute parties (Doc. No. 168) is GRANTED;

2. Plaintiff Valiecia Perez's guardian ad litem, Tina Terrel, is RELIEVED as guardian ad litem for Valiecia Perez;

3. Valiecia Perez is SUBSTITUED as a Plaintiff in the place of Tina Terrel guardian ad litem to Valiecia Perez; and

4. The Clerk shall change the docket to reflect the above substitution.

IT IS SO ORDERED.

Dated: __April 1, 2019__ _____
SENIOR DISTRICT JUDGE