MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone:  (323) 293-2314
Facsimile:   (323) 293-2350

Attorneys for Plaintiffs THE ESTATE OF CECIL ELKINS, JR., CREASHA
ELKINS, VALIECIA PEREZ, DYLAN ELKINS, DEVIN ELKINS, TINA TERREL
and CECIL ELKINS

XAVIER BECERRA
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
ROBERT S. J. ROGOYSKI (SBN 302472)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3500
Fax:  (415) 703-5480
E-mail:  robert.rogoyski@doj.ca.gov
Attorneys for Defendant HIPOLITO PELAYO

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., CREASHA ELKINS, individually and as Guardian Ad Litem for VALIECIA PEREZ, DYLAN ELKINS and DEVIN ELKINS, TINA TERREL and CECIL ELKINS <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA HIGHWAY PATROL, STATE OF CALIFORNIA, COUNTY OF TULARE, TULARE COUNTY SHERIFF'S DEPARTMENT, TULARE COUNTY REGIONAL GANG ENFORCEMENT TEAM, CITY OF PIXLEY, and DOES 1 THROUGH 25, INCLUSIVE, <br><br> Defendants | Case No.: 1:13-CV-01483-AWI-SAB <br><br><br><br><br><br> JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FILING DEADLINE TO |

**1**

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel.

1.     Pursuant to the Court's Minute Order dated May 3, 2019 [Doc. No. 186], Plaintiffs have up to and including May 17, 2019 to file a Motion to Dismiss Cecil Elkins, Sr. and a Motion to Appoint a Guardian Ad Litem for Plaintiffs Dylan Elkins and Devin Elkins.  The Parties stipulate to Plaintiffs' request for an order granting a continuance to continue these motion filing deadlines based on the following:

2.     Timothy W. Brag (SBN 283124), counsel for minors Devin and Dylan Elkins, Minor Dependents of the Court, filed a Motion to Appoint attorney Matthew Bahr (SBN 173929) as Guardian Ad Litem to Devin and Dylan Elkins for this matter as well as the probate action concerning the Estate of Cecil Elkins, Sr. The motion was filed in the matter In Re: Devin Roy Elkins, Dylan Thomas Elkins, filed as Case No. J68968 and was set to be heard on May 13, 2019 in Department 21 of the Tulare County Superior Court before the Honorable Robin L. Wolfe.

3.     On May 10, 2019, counsel for Plaintiff was informed by the clerk of Dept. 21 that Judge Wolfe was going to deny the motion and defer appointment of Guardian Ad Litem to the United States District Court.

4.     Based on the Court's recommendation, and upon confirmation from Attorney Bahr that there are no conflicts of interests pertaining to his appointment, counsel for Plaintiff will file a petition to appoint Matthew Bahr as Guardian Ad Litem for Devin Elkins and Dylan Elkins in this case.

5.     Counsel for Plaintiff has also spoken to Ward Stringham (SBN 294604), counsel for Dennis Elkins, executor of the estate of Cecil Elkins, Sr. about the dismissal of Cecil Elkins, Sr.'s claims against Defendant Hipolito Pelayo.

**2**

6.     Counsel for Plaintiff was informed that a Petition and Order for Dismissal would have to be filed in the probate court prior to requesting a dismissal in the federal action.  Counsel for Plaintiff was informed that there is a fifteen-day notice requirement prior to the hearing on the petition to dismiss Cecil Elkins, Sr.'s claim.  Attorney Stringham is prepared to file the petition to dismiss the claims of Cecil Elkins, Sr. upon confirmation of terms of dismissal with Defense Counsel.

7.     In addition to the foregoing, Plaintiffs' counsel, Nichelle Jones' Grandmother passed away on May 6, 2019.  Prior to her passing, she had been hospitalized since April 9, 2019 and Attorney Jones spend the majority of that time at the hospital with her Grandmother. Funeral services will be held on May 18, 2019 and Attorney Jones is the primary point person for funeral planning.

///

///

///

8.     Based on the foregoing, the parties stipulate to request an order to continue the deadline for Plaintiffs to file their Motion to Appoint a Guardian Ad Litem and Motion to Dismiss the action of Cecil Elkins, Sr. to a date on or after June 14, 2019.

DATED: May 13, 2019          **LAW OFFICE OF MICHAEL J. CURLS**


By:_____/s/_____
Nichelle D. Jones, Attorneys for
Plaintiffs


DATED: May 13, 2019          **XAVIER BECERRA**
                             **Attorney General of California**
                             **JEFFREU VINCENT**
                             **Supervising Deputy Attorney General**


By:_____/s/_____
Robert S.J. Rogoyski, Deputy Attorney
General, attorneys for Defendant
HIPOLITO PELAYO

///
///
///

## ~~PROPOSED~~ ORDER

PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the deadline for Plaintiffs to file:  Appropriate dismissal papers/a dismissal motion regarding the claims of Cecil Elkins, Sr.; and a motion to appoint a new guardian ad litem for minor-Plaintiffs Devin Elkins and Dylan Elkins shall be continued from May 17, 2019 to June 14, 2019.

IT IS SO ORDERED.

Dated:   May 13, 2019

_____

SENIOR  DISTRICT  JUDGE