MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone: (323) 293-2314
Facsimile: (323) 293-2350

Attorneys for Plaintiffs THE ESTATE OF CECIL ELKINS, JR., CREASHA ELKINS, VALIECIA PEREZ, DYLAN ELKINS, DEVIN ELKINS, TINA TERREL and CECIL ELKINS

XAVIER BECERRA
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
ROBERT S. J. ROGOYSKI (SBN 302472)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3500
Fax: (415) 703-5480
E-mail: robert.rogoyski@doj.ca.gov
Attorneys for Defendant HIPOLITO PELAYO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., CREASHA ELKINS, individually and as Guardian Ad Litem for VALIECIA PEREZ, DYLAN ELKINS and DEVIN ELKINS, TINA TERREL and CECIL ELKINS<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, STATE OF CALIFORNIA, COUNTY OF TULARE, TULARE COUNTY SHERIFF'S DEPARTMENT, TULARE COUNTY REGIONAL GANG ENFORCEMENT TEAM, CITY OF PIXLEY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants<br>_____ | Case No.: 1:13-CV-01483-AWI-SAB<br><br>JOINT STIPULATION AND ORDER TO CONTINUE MOTION FILING DEADLINE |

1

**JOINT STIPULATION TO CONTINUE MOTION FILING DEADLINE**
**(Elkins v. C.H.P. 1:13-CV-01483-AWI)**

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel.

1. Pursuant to the Court's Order on Stipulation to Continue Motion Filing Deadline dated May 13, 2019 [Doc. No. 189], Plaintiffs have up to and including June 14, 2019 to file a Motion to Dismiss Cecil Elkins, Sr. The Parties stipulate to Plaintiffs' request for an order granting a continuance of this motion filing deadline based on the following:

2. The parties have agreed in principle to a dismissal of Defendant Cecil Elkins, Sr. in exchange for a waiver of costs. The parties have been working on language for a settlement agreement that must be presented to the Tulare Superior Court for approval.

3. The parties have agreed to continue to work together on a suitable settlement agreement, and in the event that the parties are unable to do so, the parties would like to utilize the assistance of the Court during our scheduled July 18, 2019 conference call.

4. Based on the foregoing, the parties stipulate to request an order to continue the deadline for Plaintiffs to file their Motion to Dismiss the action of Cecil Elkins, Sr. to a date after July 18, 2019.

DATED: June 18, 2019     **LAW OFFICE OF MICHAEL J. CURLS**

By: _____/s/_____Nichelle D. Jones_
Nichelle D. Jones, Attorneys for Plaintiffs

2

**JOINT STIPULATION TO CONTINUE MOTION FILING DEADLINE**
**(Elkins v. C.H.P. 1:13-CV-01483-AWI)**

DATED: June 18, 2019      **XAVIER BECERRA**
                          **Attorney General of California**
                          **JEFFREU VINCENT**
                          **Supervising Deputy Attorney General**

                          By: /s/ Robert S.J. Rogoyski
                          Robert S.J. Rogoyski, Deputy Attorney
                          General, attorneys for Defendant
                          HIPOLITO PELAYO

## **ORDER**

PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the deadline for Plaintiffs to file: Appropriate dismissal papers/a dismissal motion regarding the claims of Cecil Elkins, Sr. shall be continued from June 14, 2019 to July 19, 2019.

IT IS SO ORDERED.

Dated: June 18, 2019                    _____
                                        SENIOR DISTRICT JUDGE