# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> HIPOLITO PELAYO, <br><br>  Defendant. | Case No. 1:13-cv-01483-AWI-SAB <br><br> ORDER DENYING DEFENDANTS' REQUEST FOR A SETTLEMENT CONFERENCE WITHOUT PREJUDICE <br><br> (ECF No. 202) |

On November 12, 2019, Defendant filed a request for a settlement conference with the minor plaintiffs only in this action. (ECF No. 202.) The Court reached out to the parties to determine if they were in agreement that a settlement conference should be set in this matter. On November 17, 2019, the remaining plaintiffs in this action filed a motion to disqualify defense counsel and a motion to dismiss Timothy Bragg as guardian ad litem in this action. Further, the minor's guardian ad litem has requested that a settlement conference not be set until he has obtained new counsel for the minor plaintiffs.

Until these matters are resolved, the Court declines to set a settlement conference. Once the participating parties are in agreement that a settlement conference would be fruitful, they may request a settlement conference.

IT IS SO ORDERED.

Dated: **November 18, 2019**

UNITED STATES MAGISTRATE JUDGE