| 1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JEFFREY VINCENT, State Bar No. 161013
Supervising Deputy Attorney General
ROBERT S. J. ROGOYSKI, State Bar No. 302472
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4400
 Fax:  (415) 703-5480
 E-mail:  Robert.Rogoyski@doj.ca.gov
*Attorneys for Defendant Hipolito Pelayo*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THE ESTATE OF CECIL ELKINS JR. et al. ,**<br><br>Plaintiffs,<br><br>v.<br><br>**OFF. H. PELAYO,**<br><br>Defendant. | 1:13-CV-01483-AWI-SAB<br><br>**STIPULATION AND PROPOSED ORDER TO CHANGE THE BRIEFING SCHEDULE AND HEARING DATES OF ECF 203 AND 204**<br><br>Judge:  The Honorable Anthony W. Ishii<br>Action Filed:  September 12, 2013 |

MAY IT PLEASE THE COURT:

Pursuant to the Court's instructions at the November 18, 2019, telephonic status conference, the counsel for plaintiffs and defendant who participated in the conference have met and conferred and agreed upon the following amended schedule for ECF Nos. 203 and 204:

- Oppositions to the pending motions shall be due on or before January 13, 2020.
- Replies shall be due on or before January 21, 2020.
- The motions shall be re-noticed for hearing on January 27, 2020, at 1:30 PM in Courtroom 2, on the 8th Floor.

Dated: November 18, 2019               Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JEFFREY VINCENT
Supervising Deputy Attorney General


/s/   *Robert Rogoyski*
ROBERT S. J. ROGOYSKI
Deputy Attorney General
*Attorneys for Defendant*
*Hipolito Pelayo*


Dated: November 18, 2019               Respectfully submitted,


   */S/ NICHELLE JONES*
NICHELLE JONES
Attorney for plaintiffs


IT IS SO ORDERED.

Dated:  November 19, 2019          _____
                                    SENIOR  DISTRICT  JUDGE