# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CECIL ELKINS, JR., et al., <br><br> **Plaintiffs** <br><br> v. <br><br> **HIPOLITO PELAYO,** <br><br> **Defendant** | CASE NO. 1:13-CV-1483 AWI SAB <br><br> ORDER REGARDING STIPULATION TO CONTINUE HEARING DATES <br><br> (Doc. No. 210) |

Currently pending and set for hearing on January 27, 2020, are Plaintiffs' motions to disqualify defense counsel Robert Rogoyski and dismiss guardian ad litem Timothy Bragg. See Doc. Nos. 203, 204, 208. Currently pending and set for hearing on February 10, 2020, is Defendant's Rule 12(h)(3) motion to dismiss. See Doc. No. 209.

On January 8, 2020, the parties filed a stipulation to hear the three pending motions together. See Doc. No. 210. The parties request a unified hearing date of either February 10 or February 24, 2020. See id. After consideration, the Court will give effect to the stipulation and set a unified hearing date of February 24, 2020.

Additionally, on November 20, 2019, the Court set a briefing schedule for oppositions and replies regarding Plaintiffs' motions. See Doc. No. 208. Plaintiffs' motions have been pending since November 17, 2019, so there has been plenty of time to prepare an opposition. However, given the seriousness of Plaintiffs' motions, and in light of the new hearing date, the Court will slightly alter the deadlines for the parties to file their respective oppositions and replies.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 27, 2020, hearing date on Plaintiffs' motion to disqualify (Doc. No. 203) and motion to dismiss (Doc. No. 204) is VACATED;
2. The February 10, 2020, hearing date on Defendant's motion to dismiss (Doc. No. 209) is VACATED;
3. Hearing on the three pending motions (Doc. Nos. 203, 204, and 209) is RESET to February 24, 2020 at 1:30 p.m. in Courtroom No. 2;
4. Oppositions to Plaintiffs' motions shall be filed on or before 3:00 p.m. on January 21, 2020;
5. Replies to Defendant's oppositions to Plaintiffs' pending motions shall be filed on or before 3:00 p.m. on January 30, 2020; and
6. The briefing schedule for Defendant's motion shall remain in accordance with Local Rules 230(c) and 230(d).

IT IS SO ORDERED.

Dated: January 9, 2020

SENIOR DISTRICT JUDGE