# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE ESTATE OF CECIL ELKINS, JR., et al.,**<br><br>Plaintiffs<br><br>v.<br><br>**OFFICER HIPOLITO PELAYO.,**<br><br>Defendant | **CASE NO. 1:13-CV-1483 AWI SAB**<br><br>**ORDER REFERRING PLAINTIFFS' PENDING MOTIONS TO MAGISTRATE JUDGE STANLEY A. BOONE FOR RESOLUTION**<br><br>**(Doc. Nos. 203, 204)** |

On March January 9, 2020, the Court set a unified hearing date of February 24, 2020, on three pending motions: Plaintiffs' motion to disqualify defense counsel, Plaintiffs' motion to dismiss the guardian ad litem, and Defendant's motion to dismiss. See Doc. No. 211. After further review, the Court finds it appropriate to refer Plaintiffs' pending motions to Magistrate Judge Stanley A. Boone for resolution.[1] See 28 U.S.C. § 636; Local Rule 302.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiffs' pending motions to dismiss/disqualify (Doc. Nos. 203, 204) is REFERRED to Magistrate Judge Stanley A. Boone for resolution;
2. The February 24, 2020 hearing on Plaintiffs' motions is VACATED;
3. If Magistrate Judge Boone desires a hearing on the pending motions, his chambers will set an appropriate hearing date.

IT IS SO ORDERED.

Dated:   February 7, 2020

_____
SENIOR  DISTRICT  JUDGE

---

[1] The Court will retain Defendant's motion to dismiss (Doc. No. 209), and that motion will remain on the undersigned's calendar for February 24, 2020