# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CECIL ELKINS, JR., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HIPOLITO PELAYO,<br><br>    Defendant. | Case No. 1:13-cv-01483-AWI-SAB<br><br>ORDER REQUIRING TIMOTHY BRAGG TO APPEAR AT FEBRUARY 26, 2020 HEARING |

Currently before the Court is Plaintiffs' motion to disqualify defense counsel and the guardian *ad litem* for minor plaintiffs Dylan Elkins and Devin Elkins. Oral argument on the motions is set for February 26, 2020. The guardian *ad litem* shall be required to be present during oral argument as the Court may wish to question him regarding the issues raised in the parties' briefing.

Accordingly, IT IS HEREBY ORDERED that:

1. Guardian *ad litem* Timothy Bragg shall appear on February 26, 2020, at 10:00 a.m. in Courtroom 9; and

2. Plaintiffs' counsel shall serve a copy of this order on Mr. Bragg and file proof of service by February 21, 2020.

IT IS SO ORDERED.

Dated: **February 19, 2020**

                                                      UNITED STATES MAGISTRATE JUDGE

1