Rob Bonta, State Bar No. 202668
Attorney General of California
Pamela J. Holmes, State Bar No. 147360
Supervising Deputy Attorney General
Norman D. Morrison, State Bar No. 212090
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 705-2304
 Fax:  (559) 445-5106
 E-mail:  Norman.Morrison@doj.ca.gov
*Attorneys for Defendant Hipolito Pelayo*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THE ESTATE OF CECIL ELKINS JR. et al. ,**<br><br>Plaintiffs,<br><br>v.<br><br>**OFF. H. PELAYO,**<br><br>Defendant. | 1:13-CV-01483-AWI-SAB<br><br>**STIPULATION TO CONTINUE INFORMAL STATUS CONFERENCE HEARING; ORDER**<br><br><br>Judge: The Honorable Anthony W. Ishii<br>Trial Date: TBD<br>Action Filed: September 12, 2013 |

Defendant Hipolito Pelayo and Plaintiffs, by and through their counsel of record, hereby stipulate and agree to continue the informal status conference currently scheduled for 1:30 p.m. on Monday, December 6, 2021, to Monday, December 13, 2021, at 1:30 p.m.

This continuance is necessitated by defense counsel's unavailability because of an unavoidable conflict with a medical procedure also scheduled for Monday, December 6, 2021.

///

///

///

///

1

| | | |
|---|---|---|
| 1 | Dated:  December 3, 2021 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | PAMELA J. HOLMES<br>Supervising Deputy Attorney General |

*/s/ Norman D. Morrison*
NORMAN D. MORRISON
Deputy Attorney General
*Attorneys for Defendant*
*Hipolito Pelayo*

Dated:  December 3, 2021                    The Law Offices of Michael J. Curls

*/s/ Nichelle Jordan*
NICHELLE JORDAN
*Attorneys for Plaintiffs*

SA2013310653
95419616.docx

**ORDER**

Good cause existing, and upon the stipulation of the parties, the Court hereby vacates the informal status conference scheduled for Monday, December 6, 2021, and orders a new informal status conference to be set for Monday, December 13, 2021, at **2:00 p.m.**

IT IS SO ORDERED.

Dated:   December 6, 2021                                    _____
                                                                                         SENIOR DISTRICT JUDGE